MUNRO SMIGLIANI & JORDAN, LLP
Douglas J. Munro, Esq. (SBN 144843)
dmunro@msjlaw.com
Paul W. Smigliani, Esq. (SBN 174404)
psmigliani@msjlaw.com
4225 Executive Square, Suite 570
La Jolla, CA 92037
Telephone: (858) 626-2770
Facsimile: (858) 626-2755

Attorneys for Plaintiff
CLARENDON NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 11-00274 JW<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF CLARENDON NATIONAL INSURANCE COMPANY; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Plaintiff CLARENDON NATIONAL INSURANCE COMPANY has retained the law firm of Munro Smigliani & Jordan, LLP to substitute as counsel for Robert Smylie and Associates in the above-captioned matter.

Withdrawing as counsel for Plaintiff CLARENDON NATIONAL INSURANCE COMPANY are:

> Peter Keith Pritchard
> Robert Smylie and Associates
> 2029 Century Park East, Suite 1700
> Los Angeles, CA 90067
> Phone: (310) 553-3758
> Fax: (310) 553-7401
> Email: ppritchard@smylieandassociates.com

///

///

1  Robert Owen Smylie
   Robert Smylie and Associates
2  2029 Century Park East, Suite 1700
   Los Angeles, CA 90067
3  Phone: (310) 553-3758
4  Fax: (310) 553-7401

5  All pleadings, orders and notices should henceforth be served upon the following
6  substituted counsel for Plaintiff CLARENDON NATIONAL INSURANCE COMPANY:

7  Douglas J. Munro
   Munro Smigliani & Jordan, LLP
8  4255 Executive Square, Suite 570
   La Jolla, CA 92037
9  Phone: (858) 626-2770
10 Fax: (858) 626-2755
   Email: dmunro@msjlaw.com
11
   Paul W. Smigliani
12 Munro Smigliani & Jordan, LLP
   4255 Executive Square, Suite 570
13 La Jolla, CA 92037
14 Phone: (858) 626-2770
   Fax: (858) 626-2755
15 Email: psmigliani@msjlaw.com

16 The undersigned parties consent to the above withdrawal and substitution of counsel.

17 DATED: 6/9/11                          **CLARENDON NATIONAL INSURANCE**
18                                        **COMPANY**

19                                  By:   _____
                                          Mary Ann Vorndran
20                                        Title: General Counsel

21 DATED: _____               **ROBERT SMYLIE & ASSOCIATES**
22

23                                  By:   _____
                                          PETER KEITH PRITCHARD
24

25 DATED: _____               **MUNRO SMIGLIANI & JORDAN, LLP**
26

27                                  By:   _____
                                          DOUGLAS J. MUNRO
28
                                          2

|   |   |
|---|---|
| 1 | Robert Owen Smylie |
| 2 | Robert Smylie and Associates |
|   | 2029 Century Park East, Suite 1700 |
| 3 | Los Angeles, CA 90067 |
|   | Phone: (310) 553-3758 |
| 4 | Fax: (310) 553-7401 |

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff CLARENDON NATIONAL INSURANCE COMPANY:

Douglas J. Munro
Munro Smigliani & Jordan, LLP
4255 Executive Square, Suite 570
La Jolla, CA 92037
Phone: (858) 626-2770
Fax: (858) 626-2755
Email: dmunro@msjlaw.com

Paul W. Smigliani
Munro Smigliani & Jordan, LLP
4255 Executive Square, Suite 570
La Jolla, CA 92037
Phone: (858) 626-2770
Fax: (858) 626-2755
Email: psmigliani@msjlaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: _____

**CLARENDON NATIONAL INSURANCE COMPANY**

By: _____
Mary Ann Vorndran
Title: General Counsel

DATED: 6/15/11

**ROBERT SMYLIE & ASSOCIATES**

By: [signature]
PETER KEITH PRITCHARD

DATED: JUNE 15, 2011

**MUNRO SMIGLIANI & JORDAN, LLP**

By: [signature]
DOUGLAS J. MUNRO

2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF   CV 11-00274 JW
CLARENDON NATIONAL INSURANCE COMPANY; [PROPOSED] ORDER

1  The above withdrawal and substitution of counsel is approved and so ORDERED.

2  DATED: June 16, 2011

   _____
   JUDGE OF THE UNITED STATES
   DISTRICT COURT