United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>          Plaintiff(s),<br>     v.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>          Defendant(s). | NO. 5:11-cv-00274-EJD<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On April 29, 2011 this matter was transferred to this Court for all purposes. Pursuant to the April 29 Reassignment Order of this Court, the parties conferred and duly submitted a Joint Case Management Statement (See Docket Item No. 28). Based on their joint submission, it appears that a Case Management Conference would be beneficial. The Court sets a Case Management Conference on **December 2, 2011 at 10:00 AM.** On or before **November 22, 2011,** the parties shall file an updated joint case management conference statement that updates the Court on how this case should proceed.

**IT IS SO ORDERED.**

Dated: August 24, 2011

EDWARD J. DAVILA
United States District Judge

1

NO. C 11-00274 EJD
ORDER SETTING CASE MANAGEMENT CONFERENCE