MUNRO SMIGLIANI & JORDAN, LLP
Douglas J. Munro, Esq. (SBN 144843)
dmunro@msjlaw.com
Paul W. Smigliani, Esq. (SBN 174404)
psmigliani@msjlaw.com
4330 La Jolla Village Drive, Suite 340
San Diego, CA 92122
Telephone: (858) 626-2770
Facsimile: (858) 626-2755

Attorneys for Plaintiff
CLARENDON NATIONAL INSURANCE COMPANY

**IT IS SO ORDERED**
Judge Edward J. Davila
1/5/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 11-00274 EJD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant LINCOLN GENERAL INSURANCE COMPANY pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall close this file.

Dated: December 22, 2011

MUNRO SMIGLIANI & JORDAN, LLP

By: _____
Douglas J. Munro, Esq.
Attorneys for Plaintiff CLARENDON
NATIONAL INSURANCE COMPANY
4330 La Jolla Village Drive, Suite 340
San Diego, CA 92122
(858) 626-2770

Dated: December 30, 2011

BARONE & JENKINS, P.C.

By: _____
Anthony Barone, Esq.
Attorneys for Defendant LINCOLN
GENERAL INSURANCE COMPANY
635 Butterfield Road, Suite 145
Oakbrook Terrace, IL 60181
(630) 472-0037